IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> HOSAIN RAHMAN, an individual; and ALICIA ENGSTROM, an individual, <br><br> Defendants. | CV 16-35-BU-JCL <br><br> ORDER |

Pursuant to the parties' Stipulation, this matter is hereby dismissed without prejudice. Each party shall bear its own costs and fees.

DATED this 23rd day of August, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge

1